Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
LISA CORSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| LISA CORSON, | Case No.: 5:22-cv-00736 |
|---|---|
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)** |
| v. | |
| GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU, | **Demand for Jury Trial** |
| Defendant. | |

Plaintiff LISA CORSON by and through her undersigned counsel, brings this Complaint against Defendant GREATER PALM SPRINGS TOURISM

FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff LISA CORSON ("Corson" brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Corson's original copyrighted Work of authorship.

2. Corson is an editorial and commercial photographer based in Kansas City, and her strong background as a photo editor for Spin, New York Magazine and Wall Street Journal give her a unique insight into production, art directing, and client needs.  Her travel photography, which often depict the American West and Southern California, can be found in the pages of Sunset Magazine, Bon Appetit, and Los Angeles Magazine. Corson is a frequent contributor to The Wall Street Journal, photographing luxury and celebrity homes and portraits for their Mansion section. She previously spent over a decade honing her eye as a photo editor for publications including New York Magazine, Art+Auction, and The Wall Street Journal.  Corson's clients include J. Walter Thompson, Grand Marnier, Bon Appetit, Los Angeles Magazine, Hemispheres, House & Garden, Country Living, San Francisco Magazine, Palm Springs Tourism Bureau, Simon & Schuster, Spin, and others.

Defendant GREATER PALM SPRINGS TOURISM FOUNDATION DBA GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU ("GPSTF") is the official tourism marketing agency for the Coachella Valley, comprising the cities of Palm Springs, Desert Hot Springs, Cathedral City, Rancho Mirage, Pam Desert, Indian Wells, La Quinta and Indio. GPSTF was created as public-private partnership to help grow the region's tourism economy, serving more than 5,000 Greater Palm Springs partners and providing sales, marketing and public relations support. GPSTF targets potential leisure travelers, event, meeting and convention groups. At all times relevant herein, upon information and belief, GPSTF

owned and operated the internet website located at the URL https://www.visitgreaterpalmsprings.com/ (the "Website").

Corson alleges that GPSTF copied Corson's copyrighted Work from the internet in order to advertise, market and promote its business activities. GPSTF committed the violations alleged in connection with GPSTF's business for purposes of advertising and promoting sales to the public in the course and scope of the GPSTF's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention and Visitors Bureau is a California Corporation, with its principal place of business at 70100 Highway 111, Rancho Mirage, California, 92270, and can be served by serving its Registered Agent, Ms. Lena Wade, 1800 East Tahquitz Canyon Way, Palm Springs, California, 92262.

## THE COPYRIGHTED WORK AT ISSUE

In 2013, Corson created the photograph entitled "LisaCorson_Palm_Springs-8662.jpg", which is shown below and referred to herein as the "Work".

COMPLAINT FOR COPYRIGHT INFRINGEMENT          CASE NO.: 5:22-CV-00736



Corson registered the Work with the Register of Copyrights on May 11, 2016 and was assigned the registration number VA 2-003-666. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Corson was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

14. GPSTF has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, GPSTF copied the Work.

16. On or about May 12, 2019, Corson discovered the unauthorized use of her Work on the Website advertising the Palm Springs VillageFest.

17. GPSTF copied Corson's copyrighted Work without Corson's permission.

18. After GPSTF copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its Greater Palm Springs tourism business.

19. GPSTF copied and distributed Corson's copyrighted Work in connection with GPSTF's business for purposes of advertising and promoting GPSTF's business, and in the course and scope of advertising and selling products and services.

20. Corson's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. GPSTF committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Corson never gave GPSTF permission or authority to copy, distribute or display the Work at issue in this case.

23. Corson notified GPSTF of the allegations set forth herein on December 2, 2020 and December 18, 2020. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Corson incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Corson owns a valid copyright in the Work at issue in this case.

26. Corson registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. GPSTF copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Corson's authorization in violation of 17 U.S.C. § 501.

28. GPSTF performed the acts alleged in the course and scope of its business activities.

29. GPSTF's acts were willful.

30. Corson has been damaged.

31. The harm caused to Corson has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention and Visitors Bureau that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff her actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiff Lisa Corson hereby demands a trial by jury of all issues so triable.

DATED: April 28, 2022          Respectfully submitted,


                                                                  */s/ Jonah A. Grossbardt*
                                                                  JONAH A. GROSSBARDT
                                                                  MATTHEW L. ROLLIN
                                                                  **SRIPLAW**
                                                                  *Attorneys for Plaintiff Lisa Corson*