| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Jonah A. Grossbardt (SBN: 283584) <br> SRIPLAW <br> 8730 Wilshire Boulevard <br> Suite 350 <br> Beverly Hills, California  90211 <br> 323.364.6565 - Telephone <br> 561.404.4350 - Facsimile <br> ATTORNEY(S) FOR: Lisa Corson | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lisa Corson <br> Plaintiff(s), <br> v. <br> Greater Palm Springs Tourism Foundation dba <br> Greater Palm Springs Convention and Visitors Bureau <br> Defendant(s) | CASE NUMBER: <br> 5:22-cv-00736 <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Lisa Corson
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Lisa Corson | Plaintiff |
| Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention and Visitors Bureau | Defendant |

04/28/2022
Date

/s/ Jonah A. Grossbardt
Signature

Attorney of record for (or name of party appearing in pro per):

Lisa Corson

CV-30 (05/13)                       NOTICE OF INTERESTED PARTIES