Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
LISA CORSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| LISA CORSON, | Case No.: 5:22-cv-00736-JWH-PVC |
| Plaintiff, | **APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |
| vs. | |
| GREATER PALM SRPINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU, | |
| Defendant. | |

Plaintiff LISA CORSON ("Corson"), by and through her undersigned counsel, hereby requests that the Clerk enter default in this matter against GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU

1  ("GPSCVB"), hereto on the ground that GPSCVB has failed to appear or
2  otherwise respond to the Complaint within the time prescribed by the
3  Federal Rules of Civil Procedure.
4      The Declaration of Matthew L. Rollin in Support of Motion for Entry
5  of Clerk's Default ("Rollin Decl.") filed concurrently herewith demonstrates
6  that on May 2, 2022, GPSCVB was served with the Summons and the
7  Complaint by Substitute Service, by serving Jasimine "Doe", front
8  desk/person-in-charge, a person apparently in charge thereof, at GPSCVB's
9  Registered Agent, Ms. Lena Wade, 1800 East Tahquitz Canyon Way, Palm
10  Springs, California, 92262. Copies of the Summons and Complaint were
11  then mailed via First Class Mail, postage fully pre-paid on May 2, 2022
12  addressed to GPSCVB's Registered Agent, Ms. Lena Wade, 1800 East
13  Tahquitz Canyon Way, Palm Springs, California, 92262.
14      The time allowed for GPSCVB to respond to the Complaint has
15  expired.  Neither Corson nor the Court has granted GPSCVB an extension of
16  time to respond to the Complaint. GPSCVB has failed to answer or
17  otherwise respond to the Complaint, or serve a copy of any Answer or other
18  response upon Corson's attorney of record.
19      Corson is informed and believes that GPSCVB is a corporation and is
20  not considered an infant or incompetent person. Corson is informed and
21  believes that the Servicemembers Civil Relief Act does not apply.
22      WHEREFORE, Plaintiff Lisa Corson requests that a default be
23  entered by the Clerk against Greater Palm Springs Tourism Foundation dba
24  Greater Palm Springs Convention and Visitors Bureau and for such other
25  and further relief as to the Court deems just and proper in the premises.
26
27  DATED:  June 6, 2022        Respectfully submitted,
28
                */s/ Matthew L. Rollin*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

| | |
|---|---|
| 1 | JONAH A. GROSSBARDT |
| 2 | MATTHEW L. ROLLIN |
| 3 | **SRIPLAW** |
|   | Attorneys for Plaintiff Lisa Corson |