Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorney for Plaintiff
LISA CORSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| LISA CORSON, | Case No.: 5:22-cv-00736-JWH-PVC |
| Plaintiff, | **DECLARATION OF MATTHEW L. ROLLLIN IN SUPPORT OF APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |
| v. | |
| GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU, | |
| Defendant. | |

I, Matthew L. Rolllin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff LISA CORSON ("Corson") in the above-captioned matter. I make this Declaration, which is filed in support of Corson's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

1

2. On April 28, 2022, Corson filed her Complaint against Defendant Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention and Visitors Bureau ("GPSCVB") (ECF 1).

3. On May 2, 2022, GPSCVB was served with the Summons and the Complaint by Substitute Service, by serving Jasmine "Doe", front desk/person-in-charge, a person apparently in charge thereof, at GPSCVB's Registered Agent, Ms. Lena Wade, 1800 East Tahquitz Canyon Way, Palm Springs, California, 92262. A copy of the Summons and Complaint was then mailed via First Class Mail, postage fully pre-paid on May 2, 2022 addressed to GPSCVB's Registered Agent, Ms. Lena Wade, 1800 East Tahquitz Canyon Way, Palm Springs, California, 92262. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that GPSCVB was served by substitute service with the Summons and a copy of the Complaint.

4. The time allowed for GPSCVB to respond to the Complaint has expired.

5. GPSCVB has not been granted an extension of time to respond to the Complaint.

6. GPSCVB has failed to answer or otherwise respond to the Complaint, or serve a copy of its Answer or other response upon Corson's attorneys of record.

7. I am informed and do not believe that GPSCVB is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2022

                                                  */s/ Matthew L. Rollin*
                                                  MATTHEW L. ROLLLIN