# Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Jonah Grossbardt SBN 283584<br>SRIPLAW<br>21301 Powerline Rd Ste 100 100<br>Boca Raton, FL 33433<br>ATTORNEY FOR **Plaintiff** | (561) 404-4350 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Corson, Lisa v. Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention & Visitors Bureau | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>5:22-cv-00736-CAS-PVC (Corson v. GPSTF) |
| **Declaration of Service** | | Ref. No. or File No:<br>00517-0009 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED) Demand for Jury Trial**

On: **Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention and Visitors Bureau**

I served the summons at:
**Registered Agent: Lena Wade**
**1800 E Tahquitz Canyon Way, Palm Springs, CA 92262**

On: **5/2/2022**   Date: **10:12 AM**

In the above mentioned action by substituted service and leaving with

**Jasmin "Doe", (Hispanic/Female/25/5'7"/130lbs/Brown hair) - Front Desk/Person in Charge**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Kayla Waymire**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **102.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Kayla Waymire    Date: 05/06/2022

Declaration of Service    Invoice #: 5852269

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Jonah Grossbardt SBN 283584<br>SRIPLAW<br>21301 Powerline Rd Ste 100 100<br>Boca Raton, FL 33433<br>ATTORNEY FOR   Plaintiff | 561-404-4350 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Corson, Lisa v. Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention & Visitors Bureau | | |
| DATE:         TIME:          DEP./DIV. | | CASE NUMBER:<br>5:22-cv-00736-CAS-PVC (Corson v. GPSTF) |
| | Declaration of Service by Mail | Ref. No. or File No:<br>00517-0009 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **05/03/2022**, I served the within:
**Summons in a Civil Action; COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED) Demand for Jury Trial**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Santa Ana**, California, addressed as follows:

**Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention and Visitors Bureau**
**Registered Agent: Lena Wade**
**1800 E Tahquitz Canyon Way,**
**Palm Springs, CA 92262**

Declarant:

  a. Name: **John Dawn**
  b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
  c. Telephone number: **714-973-9202**
  d. **The fee** for this service was: **102.50**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

John Dawn                                     Date: **05/07/2022**

Declaration of Service by Mail                                     Invoice #: 5852269