1  Shaun M. Murphy, Esq. SBN 194965
   SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
2  1800 East Tahquitz Canyon Way
   Palm Springs, California 92262
3  Telephone (760) 322-2275
4  Facsimile (760) 322-2107
   Murphy@sbemp.com/
5
6  Attorneys for Defendant GREATER PALM SPRINGS
   TOURISM FOUNDATION dba GREATER PALM
7  SPRINGS CONVENTION AND VISITORS BUREAU
8

9           UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11               EASTERN DIVISION

12

13  LISA CORSON,                      Case No.  5:22-cv-00736-JWH (PVCx)

14              Plaintiff             Honorable, John W. Holcomb, Presiding
                                      Courtroom D9
15
       v.
16                                    DEFENDANT GREATER PALM
17                                    SPRINGS CONVENTION AND
    GREATER PALM SPRINGS TOURISM      VISITORS BUREAU'S ANSWER TO
18  FOUNDATION dba GREATER PALM       PLAINTIFF'S COMPLAINT
    SPRINGS CONVENTION AND
19  VISITORS BUREAU,

20              Defendant
21
22
23

24       Defendant GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER

25  PALM SPRINGS CONVENTION AND VISITORS BUREAU (hereinafter referred to as

26  "CVB") Answers the Complaint ("Complaint") of Plaintiff Lisa Corson ("Plaintiff") in the

27  above-entitled matter, as follows:

28

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

1
**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

## SUMMARY OF THE ACTION

1.     The allegations in this paragraph contain legal conclusions to which no response is required.

2.     CVB lacks sufficient information to form a belief as to the truth of the matters alleged regarding Corson and on that basis denies the allegations. As to the allegations regarding CVB, they are admitted. As to the allegations regarding the alleged infringement, they are denied.

3.     Allegations missing or omitted.

4.     Allegations missing or omitted.

5.     Allegations missing or omitted.

## JURISDICTION AND VENUE

6.     The allegations in this paragraph contain legal conclusions to which no response is required.

7.     The allegations in this paragraph contain legal conclusions to which no response is required.

8.     Admitted.

9.     The allegations in this paragraph contain legal conclusions to which no response is required.

## DEFENDANT

10.     Admitted.

## THE COPYRIGHTED WORK AT ISSUE

11.     CVB responds to this unnumbered paragraph in the complaint as follows: CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

12.     CVB responds to this unnumbered paragraph in the complaint as follows: CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

## INFRINGEMENT BY DEFENDANT

13.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

14.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

15.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

16.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

17.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

18.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

19.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

20.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

21.   Denied.

22.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

23.   Admitted.

## COUNT 1

## COPYRIGHT INFRINGEMENT

24.   CVB incorporates its responses to paragraphs 1 through 23 as if set forth herein.

25.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

26.   CVB lacks sufficient information to form a belief as to the truth of the matters alleged in this paragraph and for that reason denies the allegation.

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

3

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

1    27.    Denied.

2    28.    Denied.

3    29.    Denied.

4    30.    Denied.

5    31.    Denied.

6                                    **PRAYER**

7    1.    Defendant denies Plaintiff is entitled to any relief.

8    2.    Defendant denies Plaintiff is entitled to any monetary damages claimed.

9    3.    Defendant joins Plaintiff in the request for a jury trial.

10                          **AFFIRMATIVE DEFENSES**

11   Defendant hereby assets the following Affirmative Defenses in this case:

12                      **FIRST AFFIRMATIVE DEFENSE**

13   1.    Plaintiff fails to state a claim against Defendant on which relief can be granted.

14                     **SECOND AFFIRMATIVE DEFENSE**

15   2.    One or more third parties are liable for the conduct alleged and will be required

16   to answer and indemnify.

17                      **THIRD AFFIRMATIVE DEFENSE**

18   3.    Plaintiff's claims for relief are barred by the "Fair Use Doctrine" pursuant to

19   Section 107 of the Copyright Act, 17 U.S.C. §107.

20                     **FOURTH AFFIRMATIVE DEFENSE**

21   4.    The action is barred by the doctrine of Laches.

22                      **FIFTH AFFIRMATIVE DEFENSE**

23   5.    Plaintiff's action is barred by the doctrine of equitable estoppel.

24                      **SIXTH AFFIRMATIVE DEFENSE**

25   6.    Defendant's conduct was innocent, non-infringing, and not a willful

26   infringement of copyright.

27                    **SEVENTH AFFIRMATIVE DEFENSE**

28   7.    Any alleged infringement is barred by the statutes of limitations as set forth in

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

---

4

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

section 507 of the Copyright Act, 17 U.S.C. §507, and as set forth in California Civil Code §339(1).

### EIGHTH AFFIRMATIVE DEFENSE

1.    Plaintiff has released or otherwise waived her rights to claim copyright infringement.

### NINTH AFFIRMATIVE DEFENSE

2.    Plaintiff has acquiesced in any alleged copyright infringement.

### TENTH AFFIRMATIVE DEFENSE

1.    Plaintiff has failed to join indispensable parties.

WHEREFORE, Defendant prays this Honorable Court for the following relief:

1.    For dismissal of the Plaintiffs' action with prejudice;

2.    For an order that Plaintiffs' shall take no relief from their complaint herein;

3.    For an award of Defendant's costs and attorneys' fees herein incurred; and

4.    For such further and other relief and the Court deems fair and just.

DATE:  June 8, 2022        **SLOVAK BARON EMPEY MURPHY & PINKNEY LLP**

By:    _____
       Shaun M. Murphy, Esq.
       Attorneys for Defendants

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**