NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Shaun M. Murphy, Esq. SBN 194965
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275 / Facsimile (760) 322-2107
Email: Murphy@sbemp.com

ATTORNEY(S) FOR: Defendant, Greater Palm Springs Tourism

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LISA CORSON | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:22-cv-00736-JWH (PVCx) |
| v. | |
| GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Greater Palm Springs Tourism Foundation dba Greater Palm Springs, et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| No Interested Parties | |

June 10, 2022                              /s/  Shaun M. Murphy
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

Greater Palm Springs Tourism Foundation