Shaun M. Murphy, Esq. SBN 194965
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275
Facsimile (760) 322-2107
Murphy@sbemp.com/

Attorneys for Defendant GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LISA CORSON,<br><br>        Plaintiff<br><br>    v.<br><br>GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU,<br><br>        Defendant | Case No.  5:22-cv-00736-JWH (PVCx)<br><br>Honorable, John W. Holcomb, Presiding Courtroom D9<br><br>**PROOF OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Riverside, California, am over the age of 18 years and not a party to this lawsuit. My business address is 1800 East Tahquitz Canyon Way, Palm Springs, California 92262.

On June 10, 2022, I electronically filed a CERTIFICATION AND NOTICE OF INTERESTED PARTIES with the Clerk of the United States District Court for the Central District of California by using the CM/EFT system on June 8, 2022 on all interested parties in this action via electronic mail to their electronic service addresses as indicated below

| | |
|---|---|
| Jonah A. Grossbardt, Esq.<br>Matthew L. Rollin, Esq.<br>SRIPLAW<br>8730 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>T: (323) 364-6565 / F: (561) 404-4353<br>E: jonah.grossbardt@sriplaw.com<br>E: matthew.rollin@sriplaw.com | *Counsel for Plaintiff* |

I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on June 10, 2022, at Palm Springs, California.

*Dianne Yeakel*
_____
Dianne Yeakel