Shaun M. Murphy, Esq.   SBN 194965
SLOVAK BARON EMPEY MURPHY
& PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275
Facsimile (760) 322-2107
Murphy@sbemp.com/

[Exempt from filing fees, Gov. Code §6103]

Attorneys for Defendant GREATER PALM SPRINGS
TOURISM FOUNDATION dba GREATER PALM
SPRINGS CONVENTION AND VISITORS BUREAU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LISA CORSON,<br><br>　　　　Plaintiff<br><br>　v.<br><br>GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU,<br><br>　　　　Defendant. | Case No. 5:22-cv-00736-JWH (PVCx)<br><br>Honorable, John W. Holcomb, Presiding<br><br>**STIPULATION AND ORDER TO VACATE AND SET ASIDE ENTRY OF DEFAULT** |

　　　　Plaintiff Lisa Corson and Defendant Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention and Visitors' Bureau hereby stipulate to set aside the entry of default and to permit Defendant to answer Plaintiff's complaint as follows:

　　　　A.　　Plaintiff Lisa Corson filed her complaint in this action on April 28, 2022 and served it on Defendant on or about May 3, 2022.

B. After service of the Complaint, the parties, through their respective counsel, initiated settlement discussions to resolve this matter without further litigation.

C. The parties exchanged several settlement proposals during May 2022.

D. In late May, Plaintiff's counsel advised Defendant's counsel that the time to file an answer had passed an asked whether Defendant intended to answer the Complaint. Defendant's counsel said that Defendant intended to file an answer to the Complaint while the parties continued to negotiate a potential settlement.

E. Before Defendant filed its answer to the Complaint, Plaintiff filed a request for entry of default on June 6, 2022. The clerk entered default on June 7, 2022. Defendant filed an answer to the Complaint on June 8, 2022. The court, on its own motion, struck Defendant's answer as a result of the default.

Defendant denies Plaintiff's allegations and intends to oppose Plaintiff's claims and as a result the parties agree and hereby stipulate to the following:

1. The Default entered by the Clerk of the Court on June 7, 2022, be vacated and set aside.

2. Within 10 days of the entry of the Order granting the relief herein, Defendant shall file its answer to the Complaint.

DATE: June 15, 2022

SLOVAK BARON EMPEY MURPHY
& PINKNEY LLP

By: *Shaun M. Murphy*
Shaun M. Murphy, Esq.
Attorneys for Defendant,
Greater Palm Springs Tourism Foundation dba
Greater Palm Springs Convention and Visitors Bureau

DATE: June 15, 2022

**SRIPLAW**

By: _____
Jonah A. Grossbardt, Esq.
Matthew L. Rollin, Esq.
Attorneys for Plaintiff,
Lisa Corson