Shaun M. Murphy, Esq. SBN 194965
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275
Facsimile (760) 322-2107
Murphy@sbemp.com/

Attorneys for Defendant GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU

**[Exempt from filing fees, Gov. Code §6103]**

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

LISA CORSON,

Plaintiff

v.

GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU,

Defendant.

Case No. 5:22-cv-00736-JWH (PVCx)

Honorable, John W. Holcomb, Presiding

**ORDER TO VACATE AND SET ASIDE ENTRY OF DEFAULT**

## ORDER

The Court, having reviewed and considered the parties stipulation and finding good cause, hereby grants the relief as requested:

1. The default entered on June 7, 2022, is hereby vacated and stricken; and

2. Defendant shall file its answer to the complaint within days of the date of this order.

**IT IS SO ORDERED.**

DATE: _____      _____
United States District Judge