Shaun M. Murphy, Esq. SBN 194965
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 East Tahquitz Canyon Way
Palm Springs, California 92262
Telephone (760) 322-2275
Facsimile (760) 322-2107
Murphy@sbemp.com/

Attorneys for Defendant GREATER PALM SPRINGS
TOURISM FOUNDATION dba GREATER PALM
SPRINGS CONVENTION AND VISITORS BUREAU

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| LISA CORSON,<br><br>          Plaintiff<br><br>     v.<br><br>GREATER PALM SPRINGS TOURISM<br>FOUNDATION dba GREATER PALM<br>SPRINGS CONVENTION AND<br>VISITORS BUREAU,<br><br>          Defendant | Case No.  5:22-cv-00736-JWH (PVCx)<br><br>Honorable, John W. Holcomb, Presiding<br>Courtroom D9<br><br>**PROOF OF SERVICE OF<br>DEFENDANT'S ANSWER TO<br>PLAINTIFF'S COMPLAINT** |

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

1
**PROOF OF SERVICE**

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Riverside, California, am over the age of 18 years and not a party to this lawsuit.  My business address is 1800 East Tahquitz Canyon Way, Palm Springs, California 92262.

On June 23, 2022, I electronically filed and served DEFENDANT GREATER PALMS SPRINGS CONVENTION AND VISITORS BUREAU'S ANSWER TO PLAINTIFF'S COMPLAINT with the Clerk of the United States District Court for the Central District of California by using the CM/EFT system on June 23, 2022 on all interested parties in this action via electronic mail to their electronic service addresses as indicated below:

Jonah A. Grossbardt, Esq.                    *Counsel for Plaintiff*
Matthew L. Rollin, Esq.
SRIPLAW
8730 Wilshire Boulevard
Beverly Hills, CA 90211
T: (323) 364-6565 / F: (561) 404-4353
E: jonah.grossbardt@sriplaw.com
E: matthew.rollin@sriplaw.com

I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on June 23, 2022, at Palm Springs, California.

*Dianne Yeakel*
Dianne Yeakel

SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262