FILED
CLERK, U.S. DISTRICT COURT
June 28, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SHERILYN PEACE GARNETT | ORDER OF THE CHIEF JUDGE<br><br>**22-139** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sherilyn Peace Garnett,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John W. Holcomb to the calendar of Judge Sherilyn Peace Garnett:

| | |
|---|---|
| 2:21-cv-07931-JWH-MRW | Anthony Bentley v. W. L. Montgomery |
| 2:22-cv-01616-JWH-ADS | Aaron Maurice Blaylock v. United States of America |
| 5:21-cv-01270-JWH-SHKx | Kyana Rampley v. Bear Valley Community Healthcare District, et al. |
| 5:21-cv-01321-JWH-KKx | Colin Whalen, et al. v. County of San Bernardino, et al. |
| 5:21-cv-01570-JWH-KKx | Jua Jackson v. Fedex Corporation, et al. |
| 5:21-cv-01700-JWH-SHKx | Center for Community Action and Environmental Justice v. The Peggs Company, Inc. |
| 5:21-cv-01884-JWH-SHKx | Nichole Mihelich, et al. v. Aspen National Financial, Inc., et al. |
| 5:22-cv-00406-JWH-SPx | James Cecil Hobson v. Sandra Sue Provost, et al. |
| 5:22-cv-00426-JWH-SHKx | Derek Patton v. Wyndham Vacation Ownership, Inc., et al. |
| 5:22-cv-00608-JWH-KKx | Latanya Williams v. M & L Enterprise Group Inc., et al. |

In the Matter of the
Creation of Calendar for
District Judge Sherilyn Peace Garnett                                                                 2
_____

| | |
|---|---|
| 5:22-cv-00650-JWH-SPx | The Tamarisk Rd. Trust UDT 8/9/2020, PROPER T VIEW, INC as Trustee v. Michael J. Prieto, et al. |
| 5:22-cv-00736-JWH-PVCx | Lisa Corson v. Greater Palm Springs Tourism Foundation |
| 8:21-cv-01143-JWH-DFMx | Abdulaziz al Munifi v. Suhad Abraham, et al. |
| 8:22-cv-01108-JWH-DFMx | Walleed S. Elsherif v. BMW of North America, LLC, et al. |

    On all documents subsequently filed in the case, please substitute the Judge initials SPG after the case number in place of the initials of the prior Judge.

DATED: June 28, 2022                        _____
                                                         Chief Judge Philip S. Gutierrez