Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
LISA CORSON

Shaun M. Murphy (SBN 113599)
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262
(760) 322-2275 Ext 40 – Telephone
(760) 322-2107 – Facsimile
mlp@redchamber.com
murphy@sbemp.com

Attorneys for Defendant
Greater Palm Springs Tourism
Foundation dba Greater Palm Springs
Convention and Visitors Bureau

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| LISA CORSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>GREATER PALM SPRINGS TOURISM FOUNDATION DBA GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU,<br><br>  Defendant. | Case No.: 5:22-cv-00736-SPG-PVC<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**<br><br>Current Date: July 14, 2022<br>Proposed Date: August 15, 2022<br><br>**Judge:  Hon. Sherilyn Peace Garnett** |

Plaintiff LISA CORSON ("Corson") and Defendant GREATER PALM SPRINGS TOURISM FOUNDATION DBA GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU ("GPSTF"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Corson filed her Complaint on April 28, 2022 at ECF 1;

WHEREAS, GPSTF filed its Answer on June 23, 2022 at ECF 25;

WHEREAS, Plaintiff's motion to strike affirmative defenses deadline would be July 14, 2022;

WHEREAS, GPSTF's Answer to Corson's Complaint contains ten (10) Affirmative Defenses;

WHEREAS, The Central District's Local Rules require that the parties have a meet and confer prior to filing a motion;

WHEREAS, GPSTF has submitted the matter to its insurance carrier, and it is unknown if Defendant's counsel will be withdrawing and if GPSTF will be obtaining new counsel;

WHEREAS, Corson's counsel requested an extension from GPSTF's counsel to file a motion to strike Defendant's affirmative defenses to prevent unnecessary motion practice while the matter is reviewed by the insurance carrier;

WHEREAS, Corson's counsel requests an additional thirty (30) days in which to file her motion to strike affirmative defenses, if needed, up to and including August 15, 2022;

WHEREAS, GPSTF's counsel does not object to continuing the deadline for Corson's counsel to file a motion to strike affirmative defenses:

WHEREAS, this request is not made for delay;

WHEREAS, this will not delay or have any effect on the schedule in this case; and

WHEREAS, this is the parties first request for an extension of time regarding the affirmative defenses;

IT IS HEREBY STIPULATED that Plaintiff's deadline to file a motion to strike affirmative defenses is hereby continued from July 14, 2022 to August 15, 2022.

DATED:  July 14, 2022                    Respectfully submitted,

| | |
|---|---|
| */s/ Matthew L. Rollin* | */s/ Shaun M. Murphy* |
| JONAH A. GROSSBARDT | SHAUN M. MURPHY |
| MATTHEW L. ROLLIN | Attorneys for Defendant Greater Palm |
| **SRIPLAW** | Springs Tourism Foundation dba |
| Attorneys for Plaintiff Lisa Corson | Greater Palm Springs Convention and Visitors Bureau |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN