|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| LISA CORSON, | Case No.: 5:22-cv-00736-SPG-PVC |
| Plaintiff, | **ORDER GRANTING THE PARTIES STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES** |
| v. | |
| GREATER PALM SPRINGS TOURISM FOUNDATION DBA GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU | |
| Defendant. | |

Before the Court is the Parties' Stipulation to Extend Time for Plaintiff to File a Motion to Strike Defendant's Affirmative Defenses.

The Court, having considered the Stipulation and having found good cause, thereby **ORDERS** that the motion is **GRANTED**, and Plaintiff shall have until

1

August 15, 2022 in which to file his Motion to Strike Defendant's Affirmative Defenses.

**SO ORDERED.**

DATED: July 15, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2