| | |
|---|---|
| Jonah A. Grossbardt (SBN 283584)<br>Matthew L. Rollin (SBN 332631)<br>**SRIPLAW**<br>8730 Wilshire Boulevard<br>Suite 350<br>Beverly Hills, California 90211<br>323.364.6565 – Telephone<br>561.404.4353 – Facsimile<br>jonah.grossbardt@sriplaw.com<br>matthew.rollin@sriplaw.com<br><br>Attorneys for Plaintiff<br>LISA CORSON | Shaun M. Murphy (SBN 113599)<br>1800 East Tahquitz Canyon Way<br>Palm Springs, CA 92262<br>(760) 322-2275 Ext 40 – Telephone<br>(760) 322-2107 – Facsimile<br>mlp@redchamber.com<br>murphy@sbemp.com<br><br>Attorneys for Defendant<br>Greater Palm Springs Tourism<br>Foundation dba Greater Palm Springs<br>Convention and Visitors Bureau |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| LISA CORSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREATER PALM SPRINGS TOURISM FOUNDATION DBA GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU,<br><br>　　　　Defendant. | Case No.: 5:22-cv-00736-SPG-PVC<br><br>**SECOND STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**<br><br>Current Date:  August 15, 2022<br>Proposed Date:  August 29, 2022<br><br>**Judge:  Hon. Sherilyn Peace Garnett** |

Plaintiff LISA CORSON ("Corson") and Defendant GREATER PALM SPRINGS TOURISM FOUNDATION DBA GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU ("GPSTF"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Corson filed her Complaint on April 28, 2022 at ECF 1;

1  WHEREAS, GPSTF filed its Answer on June 23, 2022 at ECF 25;

2  WHEREAS, Plaintiff's motion to strike affirmative defenses deadline
3  would be July 14, 2022;

4  WHEREAS, GPSTF's Answer to Corson's Complaint contains ten (10)
5  Affirmative Defenses;

6  WHEREAS, the Parties had previously requested a thirty (30) day
7  extension to file a motion to strike Defendant's affirmative defenses (ECF 28);

8  WHEREAS, the Court granted the Parties first extension (ECF 29);

9  WHEREAS, GPSTF previously submitted this matter to insurance and it
10  was unknown whether Defendant's counsel was going to remain on the matter;

11  WHEREAS, GPSTF's insurance carrier will not be taking the claim and
12  Defendant's counsel will remain counsel;

13  WHEREAS, Parties are actively engaged in early settlement negotiations
14  and request an additional fourteen (14) days for Corson to file a motion to strike
15  Defendant's affirmative defenses;

16  WHEREAS, good cause exists for this second extension because the
17  parties hope to resolve the matter without engaging in motion practice and
18  wasting the Court's resources;

19  WHEREAS, this request is not made for delay;

20  WHEREAS, this will not delay or have any effect on the schedule in this
21  case; and

22  WHEREAS, this is the parties second request for an extension of time
23  regarding the affirmative defenses;

24  IT IS HEREBY STIPULATED that Plaintiff's deadline to file a motion
25  to strike affirmative defenses is hereby continued from August 15, 2022 to
26  August 29, 2022.

27

28  DATED:  August 12, 2022                    Respectfully submitted,

|   |   |
|---|---|
| */s/ Matthew L. Rollin* | */s/ Shaun M. Murphy* |
| JONAH A. GROSSBARDT | SHAUN M. MURPHY |
| MATTHEW L. ROLLIN | Attorneys for Defendant Greater Palm |
| **SRIPLAW** | Springs Tourism Foundation dba |
| Attorneys for Plaintiff Lisa Corson | Greater Palm Springs Convention and Visitors Bureau |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN