# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LISA CORSON, <br><br> Plaintiff, <br><br> v. <br><br> GREATER PALM SPRINGS TOURISM FOUNDATION DBA GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU <br><br> Defendant. | Case No.: 5:22-cv-00736-SPG-PVC <br><br> **ORDER GRANTING THE PARTIES SECOND STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES** |

Before the Court is the Parties' Second Stipulation to Extend Time for Plaintiff to File a Motion to Strike Defendant's Affirmative Defenses.

The Court, having considered the Stipulation and having found good cause, hereby **ORDERS** that the motion is **GRANTED**, and Plaintiff shall have until August 29, 2022 to file his Motion to Strike Defendant's Affirmative Defenses.

**SO ORDERED.**

DATED: August 15, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE