UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CORSON,<br><br>Plaintiff,<br><br>v.<br><br>GREATER PALM SPRINGS TOURISM FOUNDATION DBA GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU<br><br>Defendant. | Case No.:  5:22-cv-00736-SPG-PVC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES** |

The court, having considered Plaintiff Lisa Corson's Motion to Strike All of Defendant Greater Palm Springs Tourism Foundation dba Greater Palm Springs Convention and Visitors Bureau's Affirmative Defenses, and having found good cause, therefore hereby **ORDERS** that Lisa Corson's Motion to Strike All of Defendant's Affirmative Defenses is **GRANTED**.

**SO ORDERED.**

1

1 | DATED:

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE