Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
LISA CORSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| LISA CORSON, | Case No.: 5:22-cv-00736-SPG-PVC |
|---|---|
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | Honorable Sherilyn Peace Garnett |
| GREATER PALM SPRINGS TOURISM FOUNDATION dba GREATER PALM SPRINGS CONVENTION AND VISITORS BUREAU, | |
| Defendant. | |

1

The undersigned hereby submits this Notice of Errata to correct the record as we inadvertently filed an incorrect version of the Schedule of Pretrial and Trial Dates Worksheet (ECF 35-1). Attached hereto as Exhibit 1 is the corrected version of 35-1.

DATED: September 7, 2022        Respectfully submitted,

       */s/ Jonah A. Grossbardt*
       JONAH A. GROSSBARDT
       MATTHEW L. ROLLIN
       **SRIPLAW**
       Attorneys for Plaintiff Lisa Corson