# Exhibit 1

## JUDGE SHERILYN PEACE GARNETT
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court **ORDERS** the parties to make every effort to agree on dates.*

| Case No. 5:22-cv-00736-SPG-PVC | Case Name: Lisa Corson v. Greater Palm Springs Tourism Foundation dba …. | |
|---|---|---|

| Trial and Final Pretrial Conference Dates | Parties' Joint Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|
| Check one: [X] Jury Trial or [ ] Court Trial (**_Tuesday_** at 8:30 a.m., within 12 months of Scheduling Conference) Estimated Duration: 3-5 Days | July 25, 2023 | [ ] Jury Trial [ ] Court Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] (Wednesday at 3:00 p.m., at least 18 days before trial) | July 5, 2023 | |

| Event [1] Note: Hearings shall be on Wednesday at 1:30pm Other dates can be any day of the week | Weeks Before FPTC[1] | Parties' Joint Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Wednesday] | | January 11, 2023 | |
| Fact Discovery Cut-Off (No later than deadline for filing dispositive motion) | 17 | March 6, 2023 | |
| Expert Disclosure (Initial) | 16 | March 13, 2023 | |
| Expert Disclosure (Rebuttal) | 14 | March 27, 2023 | |
| Expert Discovery Cut-Off | 14[2] | March 27. 2023 | |
| Last Date to Hear Motions<br>• Rule 56 Motion due at least 6 weeks before hearing;<br>• Opposition due 2 weeks after motion is filed before hearing;<br>• Reply due 1 week after Opposition is filed | 12 | April 12, 2023 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: [ ] 1. Magistrate Judge *(with Court approval)* [X] 2. Court's Mediation Panel [ ] 3. Private Mediation | 5 | May 30, 2023 | [ ] 1. Mag. J. [ ] 2. Panel [ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)<br>• Declarations containing Direct Testimony, if ordered (court trial only) *)* | 4 | June 5, 2023 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations. of Direct Testimony (court trial only) | 2 | June 14, 2023 | |

---

[1] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class actions and patent and ERISA cases may need to vary from the above.
[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing an MSJ.